In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00164-CR**
_____

**STEVEN MARK SATTLER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court**
**Hardin County, Texas**
**Trial Cause No. 72336-A**

**MEMORANDUM OPINION**

Steven Mark Sattler has filed a motion to dismiss his appeal. *See* Tex. R. App.

P. 42.2. A motion to dismiss the appeal is signed by Sattler personally and joined by

counsel of record. No opinion has issued in this appeal. The motion is granted, and

the appeal is therefore dismissed.

APPEAL DISMISSED.

1

_____
HOLLIS HORTON<br>
Justice

Submitted on October 29, 2019<br>
Opinion Delivered October 30, 2019<br>
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.